| | AUSA: | Diane Princ | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Robert Galbreath | Telephone: | (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
   v.

Hassan Salloum

Case: 2:26−mj−30264
Assigned To : Unassigned
Assign. Date : 5/8/2026
Description: CMP− USA V.
SALLOUM (CS)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 11, 2024 - May 7, 2026___ in the county of ___Wayne___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Sexual exploitation of a child including attempt. |
| 18 U.S.C. §2252A(a)(2) | Distribution of child pornography. |
| 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B) | Receipt and possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Galbreath, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___May 8, 2026___

_____
*Judge's signature*

City and state: ___Detroit, Michigan___

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Robert Galbreath, a Special Agent with Homeland Security Investigations (HSI), being duly sworn, depose and state the following:

### INTRODUCTION

1. I am a Special Agent with Homeland Security Investigations (HSI). I have been employed as a Special Agent with HSI since February 2019 and am currently assigned to the Special Agent in Charge Detroit, Michigan office. I have successfully completed the Criminal Investigator Training program and the HSI Special Agent Training program at the Federal Law Enforcement Training Center in Glynn County, Georgia. Prior to my employment with HSI, I was employed with the United States Border Patrol (USBP) from November 2009 to February 2019. In addition, I have received a bachelor's degree in criminal justice from Grand Valley State University in Allendale, Michigan.

2. As part of my duties as a Special Agent, I investigate criminal violations relating to human trafficking and child exploitation. I am authorized to investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252A.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal

knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4.      This affidavit is made in support of a criminal complaint and arrest warrant for **Hassan SALLOUM** (DOB XX/XX/2006) for violations of Title 18 U.S.C. §§ 2251(a) and (e) (sexual exploitation of a child, including attempt), Title 18 U.S.C. § 2252A(a)(2) (distribution of child pornography), and Title 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B) (receipt and possession of child pornography).

## PROBABLE CAUSE

**Minor Victim One and Commencement of Investigation into SALLOUM**

5.      On December 18, 2024, HSI, Cyber Crimes Center (C3), Child Exploitation Investigations Unit (CEIU) received information from the Western Australia Police Force (WAPF) that a suspect later identified as **Hassan SALLOUM** had been sextorting a 13-year-old girl, Minor Victim One (MV1), in 2024, specifically extorting and coercing her to send sexually explicit images and videos of herself to a Snapchat user "hassansalloum10" who had befriended her weeks prior. MV1 added the suspect to her friends list on Snapchat and began chatting with him. The conversation quickly escalated and turned sexual in nature.

2

6.      The suspect coerced MV1 to send sexually explicit intimate images and videos of herself, of which the suspect took a screen shot. MV1 then deleted the images and videos from her device. The suspect coerced further images and videos from MV1. When she refused, he threatened to "leak" her videos to others online. The suspect also sent a picture of his penis to MV1 along with additional threatening messages to send more images or he would leak a video. MV1 became scared and reported the incident to her mother, who took her to a local police station in Australia to report the matter. MV1's phone was seized, and a forensic download was completed and reviewed. A picture of a penis sent by the suspect was located on the phone.

7.      Law enforcement took over MV1's Snapchat account and completed a partial extraction of the conversation between MV1 and suspect. At the end of the conversation thread, the suspect sent a video of MV1's breasts that she had previously sent and captioned it, "you have been leaked." The suspect next stated to MV1, "Bitch why you not replying[?]" Limited content of the conversation thread was captured, however.

8.      Subscriber information for the suspect's Snapchat account hassansalloum10 was obtained by the WAPF. The information returned provided an email of hassansalloum26@gmail.com, phone number (313) XXX-9135, and an IP address of 143.59.17.32.

9.      On or about February 13, 2025, law enforcement agents sent a subpoena to Google, Inc. for the email address associated with the suspect Snapchat account. The Google return had IP addresses resolving to Dearborn, MI and a name and address for customer information resolving to Hassan SALLOUM at 6XX5 Kinmore St., Dearborn Heights, MI.

10.     Open source and law enforcement database searches identified the subject as Hassan SALLOUM (DOB: XX/XX/2006). SALLOUM has a Michigan driver's license which listed an address of 6XX5 Kinmore St. Dearborn Heights, MI 48127.

**Minor Victim Five**

11.     On March 26, 2026, I received information from the Chandler, Arizona Police Department (CPD) regarding SALLOUM. CPD stated on December 7, 2025, a 16 year old girl, Minor Victim Five (MV5), was contacted on TikTok by account @h.s1.123, with the name Hassan SALLOUM associated to the account, who informed MV5 he had explicit photographs and videos of her and told her to add him on the social media application Snapchat at account @b96788674.

12.     The suspect introduced himself on account @b96788674 then MV5 blocked him. The suspect messaged MV5 again on TikTok telling her to add back his new account on Snapchat, @addbackXXdrey. MV5 did, and on Snapchat, the suspect sent MV5 a screen recording showing approximately 15 explicit

4

photographs and videos of MV5. The suspect told MV5 to send him more explicit photographs and videos or he would "leak" her explicit content on various social media platforms including Instagram, X, and Reddit.

13.   On or about December 8, 2025, MV5 sent multiple images of her in the nude or engaged in sexual conduct. In soliciting the chats, the suspect directed MV5 to "Fuck urself hardd while showing face and tits and moaning my name alllll the time so I cum on u." The suspect also wrote: "I want u to make it longer also using the hair brush," and "Like say fuck me daddy hassan."

14.   One video, which is approximately nine seconds in length, is of MV5 inserting the handle of a pink hairbrush into her vagina and moaning.

15.   On December 8, 2025, the suspect requested MV5 make a video of her providing oral sex to a male and send it to him. MV5 refused and began ignoring the suspect. The suspect created a second account on TikTok with a username @XXdreyyyyyyy69. He posted a photograph in the comment section of the MV5's TikTok account that showed the victim bent over with her anus and vulva visible. This was a photograph that MV5 had previously sent to the suspect. The suspect then posted on the TikTok story of the @XXdreyyyyyy69 account with a video of MV5 "twerking" while wearing black shorts and another image of her feet. The profile picture for the account was a photograph showing MV5's cleavage while wearing a shirt.

16.     On December 17, 2025, CPD was granted two separate search warrants to Snapchat, Inc. and TikTok, Inc. On January 8, 2026, CPD received a data package from Snapchat, Inc. in response to the search warrant.

17.     The most common IP address listed was 143.59.17.32.

18.     The subscriber information listed an email address as hassanthunder14@gmail.com and a birthdate of XX/XX/2006. The subscriber information showed the prior username was "addbackXXy1" but was changed to "addbackXXdrey" on or about December 8, 2025.

19.     On February 24, 2026, CPD received information from TikTok, Inc in response to the search warrant. The username was listed as XXdreyyyyyy69, the signup IP address was listed as 143.59.17.32, an email address was listed as hassansalloum150@gmail.com, and an associated nickname was listed as Hassan Salloum.

**Execution of Federal Search Warrant at SALLOUM's Residence**

20.     On May 1, 2026, I applied for and obtained a federal search warrant from this Court to search **SALLOUM** and his known residence, 6XX5 Kinmore St. Dearborn Heights, MI 48127.

21.     On May 7, 2026, the federal agents executed the search warrant at 6XX5 Kinmore St. Dearborn, Heights, MI 48127. During the execution of the search warrant, **SALLOUM** was encountered.

6

22.     On the same day, HSI agents interviewed **SALLOUM**. During the interview, **SALLOUM** told agents that he had two cellphones, one of which had a phone number of (313) XXX-9135, and that the phones were located in his room. Also, **SALLOUM** stated he has an email address of hassansalloum26@gmail.com

23.     **SALLOUM** stated he made the account, "addbackXXdrey" and that account "XXdreyyyyyy69" sounded familiar. **SALLOUM** stated he conversed with a person he believed was named (MV5's actual first name) and that he believed she was about 17. **SALLOUM** then said the way she was "teasing me" was like someone over twenty years old. Also, **SALLOUM** said she sent images of her using dildos. Additionally, **SALLOUM** said he threatened to leak the images.

24.     During a preview of one of his phones, several videos of a female inserting the handle of a pink hairbrush into her vagina were observed. The metadata listed a date for the video of December 8, 2025, and is saved in the Snapchat album within the Apple photos application.

25.     Also, **SALLOUM** said he believes the youngest person he has received nude images from was about 14 years old. During a preview of one of his phones, a conversation thread with an individual, hereinafter referred to as Minor Victim 6 or (MV6), was observed with a start date of March 15, 2026. In the chat, MV6 says she is 14. **SALLOUM** responds by saying, "Ur 14 asking boys that are also 14 to suck," "So comon," and "Do it for daddy". Later in the chat thread,

7

MV6 sent a video, approximately 18 seconds in length, of an individual inserting a finger repeatedly into a vagina.

## CONCLUSION

26.    Based upon the above information, there is probable cause to believe **Hassan SALLOUM** has committed violations of Title 18 U.S.C. § 2251§§ 2251(a) and (e) (sexual exploitation of a child, including attempt), Title 18 U.S.C. § 2252A(a)(2) (distribution of child pornography), and Title 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B) (receipt and possession of child pornography). Therefore, I respectfully request this Court authorize a criminal complaint and arrest warrant.

Respectfully submitted,

Special Agent Robert Galbreath
Homeland Security Investigations

Sworn to before me and signed in my presence
And/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date:    May 8, 2026

8